Quest Supply, Inc. v Praetorian Ins. Co. (2021 NY Slip Op 50437(U))

[*1]

Quest Supply, Inc. v Praetorian Ins. Co.

2021 NY Slip Op 50437(U) [71 Misc 3d 137(A)]

Decided on May 14, 2021

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on May 14, 2021
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., WAVNY TOUSSAINT, DONNA-MARIE E.
GOLIA, JJ

2019-369 K C

Quest Supply, Inc., as Assignee of Valerio
Marck, Appellant, 
against
Praetorian Ins. Co., Respondent. 

Gary Tsirelman, P.C. (Douglas Mace of counsel), for appellant.
Law Offices of Moira Doherty, P.C. (Maureen Knodel of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Odessa
Kennedy, J.), entered January 15, 2019. The order, insofar as appealed from as limited by the
brief, granted defendant's cross motion for summary judgment dismissing the complaint.

ORDERED that the order, insofar as appealed from, is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff appeals,
as limited by the brief, from so much of an order of the Civil Court as granted defendant's cross
motion for summary judgment dismissing the complaint on the ground that plaintiff's assignor
had failed to appear for duly scheduled independent medical examinations (IMEs).
Contrary to plaintiff's sole contention, defendant's proof sufficiently established that
plaintiff's assignor had failed to appear for the scheduled IMEs (see Stephen Fogel
Psychological, P.C. v Progressive Cas. Ins. Co., 35 AD3d 720 [2006]).
Accordingly, the order, insofar as appealed from, is affirmed.
ALIOTTA, P.J., TOUSSAINT and GOLIA, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: May 14, 2021